**DISMISS and Opinion Filed May 27, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00028-CR

**SOUPHONH HONGKEO, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F19-45408-I**

## MEMORANDUM OPINION

Before Justices Schenck, Reichek, and Carlyle
Opinion by Justice Reichek

Souphonh Hongkeo filed his notice of appeal on January 12, 2021. After the clerk's record was filed, we notified appellant we had concerns over our jurisdiction in light of the fact the trial court granted a motion for new trial. *See* TEX. R. APP. P. 21.9(a)-(b) (authorizing trial court to grant motion for new trial and explaining that "[g]ranting a new trial restores the case to its position before the former trial"); *Waller v. State*, 931 S.W.2d 640, 643–44 (Tex. App.—Dallas 1996, no pet.).

We instructed appellant to file a motion to dismiss with this Court. To date, appellant has not responded. On the Court's own motion, we dismiss this appeal for want of jurisdiction.

We direct the Clerk to issue the mandate immediately.


        /Amanda L. Reichek/
        AMANDA L. REICHEK
        JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
210028F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

SOUPHONH HONGKEO, Appellant

No. 05-21-00028-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 2, Dallas County, Texas Trial Court Cause No. F19-45408-I. Opinion delivered by Justice Reichek. Justices Schenck and Carlyle participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal for want of jurisdiction.

Judgment entered May 27, 2021

–3–